

**IT IS ORDERED as set forth below:**

**Date: April 26, 2017**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GREGORY LEE LINDLEY, | ) | CASE NO. 17-50742-BEM |
| Debtor. | ) | |
| | ) | |
| GREGORY LEE LINDLEY, | ) | **ADVERSARY PROCEEDING** |
| Plaintiff, | ) | **NO. 17-05065-BEM** |
| _v._ | ) | |
| | ) | |
| UNITED STATES OF AMERICA, by | ) | |
| and through the Internal Revenue | ) | |
| Service. | ) | |
| Defendant. | ) | |

## CONSENT ORDER

Based upon the consent of the parties, and the Court being otherwise fully

1

advised in the premises thereof, it is hereby:

ORDERED that Plaintiff's assessed federal income tax liabilities for the years 2002, 2004, 2005, 2006, 2007, 2008 and 2009 are not excepted from discharge pursuant to 11 U.S.C. § 507 and § 523, and are, therefore, dischargeable;

ORDERED that Plaintiff's assessed federal income tax liabilities and interest for years 2003, 2010 and 2011 are excepted from discharge pursuant to 11 U.S.C. § 507 and § 523, and are, therefore, non-dischargeable;

ORDERED that Plaintiff's assessed federal tax penalties for the years 2003, 2010 and 2011 are not excepted from discharge pursuant to 11 U.S.C. § 507 and § 523, and are, therefore, dischargeable;

ORDERED that the Clerk of the Court close the instant adversary proceeding; and

ORDERED that the parties shall bear their respective costs.

**END OF DOCUMENT**

(*Signatures on Next Page*)

CONSENTED TO AND PRESENTED BY:

JOHN A. HORN
UNITED STATES ATTORNEY


_____/s/_____
TIFFANY R. JOHNSON
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 638051
600 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Telephone: (404) 581-6003
Facsimile:   (404) 581-6151
E-mail: tiffany.johnson2@usdoj.gov
Counsel for Defendant
United States of America


_____/s/_____ (*signed by David O'Neal w/express permission*)
WILLIAM A. ROUNTREE
Georgia Bar No. 616503
Macey, Wilensky & Hennings, LLC
303 Peachtree Street, NE
Suite 4420
Atlanta, Georgia 30308
Telephone: (404) 584-1200
Facsimile:   (404) 681-4355
Email: wrountree@maceywilensky.com
Counsel for Plaintiff

## DISTRIBUTION LIST

Gregory Lee Lindley
3151 Lake Crest Drive
Dacula, GA 30019

Macey, Wilensky & Hennings, LLC
303 Peachtree Street, NE
Suite 4420
Atlanta, Georgia 30308

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

United States Attorney's Office
600 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303